UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MAYA BEN-AVNER PHIPPS, etc., et ano.,

                      Plaintiffs,

         -against-

JEROME JOHNSON PHIPPS JR., etc., et al.,

                      Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/11/2026

26-cv-1089 (LAK)

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       Jurisdiction is invoked by defendants Webster Bank, N.A., and Howard Green pursuant to 28 U.S.C. §§ 1331 and 1441. The notice of removal was not filed on behalf of all defendants. Nor does it allege that all defendants properly joined and served join in or consent to the removal of the action as required by 28 U.S.C. § 1446(b)(2)(A).

       Absent the filing, on or before March 6, 2026, of *either* (1) an amended notice of removal adequately reflecting or alleging the joinder of or consent to the removal of this action by all defendants properly joined and served, *or* (2) written notices of consent to removal filed by all defendants who did not join in the original notice of removal, the case will be remanded to the court from which it was removed.

       SO ORDERED.

Dated:       February 11, 2026

                                            Lewis A. Kaplan
                                      United States District Judge